# UNITED STATES DISTRICT COURT

District of  Massachusetts

UNITED STATES, for the use of
VALLEY CREST LANDSCAPE, INC.

V.

ODF/HOON/PEABODY et als.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 10552 NMG

TO: (Name and address of Defendant)

PEABODY CONSTRUCTION CO., INC.
536 Granite Street
Braintree, MA 02184

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Warren H. Brodie
Law Offices of Warren H. Brodie, P.C.
40 Grove Street – Suite 220
Wellesley, MA 02482

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK                                               DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | MARCH 29, 2005 at 3:35 p.m. |
| NAME OF SERVER (PRINT)<br>BARBARA L. BEDUGNIS | TITLE<br>CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY GIVING SAID COPIES IN HAND TO ANN O'REILLY, IT'S AGENT AND PERSON IN CHARGE AT THE TIME OF SERVICE. SAID SERVICE WAS MADE AT PEABODY CONSTRUCTION CO., INC., 536 GRANITE STREET, BRAINTREE, MASSACHUSETTS.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $15.00 | $35.00 | $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/29/05
            Date

Signature of Server
BARBARA L. BEDUGNIS, CONSTABLE/DISINTERESTED PERSON
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS  02108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.