UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES, for the use of VALLEY CREST LANDSCAPE, INC., a California corporation,<br><br>    *Plaintiff,*<br>vs.<br><br>ODF/HOON/PEABODY, a Joint Venture consisting of O.D.F. CONTRACTING CO., INC., a Massachusetts corporation, HOON CONSTRUCTION SERVICES, INC., a Massachusetts corporation, and PEABODY CONSTRUCTION CO., INC., a Massachusetts corporation and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    *Defendants.* | Civil Action No. 05-10552-NMG |

## STIPULATION OF DISMISSAL

**TO THE CLERK OF THE ABOVE NAMED COURT:**

  Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the following parties to the within action, being all parties who have appeared herein, hereby stipulate that the action may be and is hereby dismissed with prejudice and without costs.

| For the plaintiff, | For the defendants, |
|---|---|
| Valley Crest Landscape, Inc., | ODF/Hooon/Peabody, a Joint Venture |
| By its attorneys, | By their attorneys, |
| Law Offices of Warren H. Brodie, P.C., | Domestico, Lane & McNamara, LLP |
| By: *[signature]* | By: *[signature]* |
| WARREN H. BRODIE | ERIC A. HOWARD |
| 40 Grove Street | 161 Worcester Road |
| Wellesley, MA 02181 | Framingham, MA 01701 |
| (781) 235-1100 | (508) 626-9000 |